United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HEATHER PROFFITT,

        Plaintiff,

    v.

FRIEND TRUSTED, INC.,

        Defendant.

Case No.  17-cv-00281-MMC

**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT**

On January 24, 2017, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff Heather Profitt is hereby DIRECTED to submit forthwith a chambers copy of her complaint, filed January 19, 2017.

**IT IS SO ORDERED.**

Dated: February 9, 2017

MAXINE M. CHESNEY
United States District Judge