# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER PROFFITT, | Case No.: 3:17-cv-281 |
| Plaintiff, | [proposed] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND THE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT |
| v. | |
| FRIEND TRUSTED, INC., | |
| Defendant. | |

UPON GOOD CAUSE SHOWN Plaintiff's Motion to Extend the Time for Defendant to Respond to Plaintiff's Complaint is hereby GRANTED. Defendant shall file its response to Plaintiff's Complaint by March 15, 2017.

Date:  February 10, 2017

_____
Hon. Maxine M. Chesney
United States District Judge

- 1 -