# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER PROFFITT, | Case No.: 3:17-cv-281 |
| Plaintiff, | [~~proposed~~] ORDER |
| v. | |
| FRIEND TRUSTED, INC., | |
| Defendant. | |

UPON GOOD CAUSE SHOWN Plaintiff's Motion to Extend the Time for Defendant to Respond to Plaintiff's Complaint is hereby GRANTED. Defendant shall file its response to Plaintiff's Complaint by April 14, 2017.

Date: March 15, 2017

*/s/ Maxine M. Chesney*
Hon. Maxine M. Chesney
United States District Judge